UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellant,

v.                                                  Case No. 24-2648

NYGIL A. McDANIEL,

    Defendant-Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN,
THE HONORABLE BRETT H. LUDWIG
UNITED STATES DISTRICT JUDGE, PRESIDING
CASE NO. 22-CR-176

## APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL

The UNITED STATES OF AMERICA, by its attorney, GREGORY HAANSTAD, United States Attorney for the Eastern District of Wisconsin, moves for voluntary dismissal of its appeal, pursuant to Federal Rule of Appellate Procedure 42(b). In support of this motion, the government states as follows:

    1. On September 20, 2024, plaintiff-appellant, the United States, filed its timely notice of appeal regarding the district court's August 28, 2024 order dismissing Count Six of the indictment on the grounds that 18 U.S.C. § 922(n) is unconstitutional as applied in this case. The district court's order left undisturbed the remaining counts currently pending against defendant Nygil

McDaniel.

2. Pursuant to 28 C.F.R. § 0.20(b), the United States's determination whether to prosecute or dismiss this appeal requires the approval of the Solicitor General of the United States. After review, the Solicitor General has now determined that the United States will not persist in this appeal and has approved its dismissal.

Wherefore, the United States respectfully requests that this appeal be dismissed pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Respectfully submitted,

GREGORY J. HAANSTAD
United States Attorney

/s/ *Rebecca Taibleson*
REBECCA TAIBLESON
FARRIS MARTINI
Assistant United States Attorneys
517 E. Wisconsin Avenue, Ste 530
Milwaukee, WI 53202
414-297-1700

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Rebecca Taibleson*
REBECCA TAIBLESON
FARRIS MARTINI
Assistant United States Attorneys
517 E. Wisconsin Avenue, Ste 530
Milwaukee, WI 53202
414-297-1700